# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARCUS WIGGINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01788-SAB<br><br>ORDER RE STIPULATION TO EXTEND THE BRIEFING SCHEDULE<br><br>(ECF No. 11) |

On May 16, 2017, the parties filed a stipulation to extend the time for Plaintiff to serve his confidential letter brief on the Commissioner. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall serve his confidential letter brief on or before June 19, 2017. All corresponding deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated: __**May 17, 2017**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1