1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MARCUS WIGGINS,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01788-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION<br>OF TIME TO FILE OPENING BRIEF<br><br>(ECF No. 16) |

On August 17, 2017, Plaintiff filed a stipulation to extend the time for him to file his opening brief. (ECF No. 16.) Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff shall file an opening brief on or before September 7, 2017;

2.     Defendant's response to Plaintiff's opening brief shall be filed on or before October 10, 2017;

3.     Plaintiff's reply, if any, shall be filed on or before October 25, 2017; and

4.     The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be

1

looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension. If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

IT IS SO ORDERED.

Dated: __**August 18, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE