1
2
3
4
5
6
7
8               # UNITED STATES DISTRICT COURT

9                    ### EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY MARCUS WIGGINS,              Case No. 1:16-cv-01788-SAB

12              Plaintiff,                ORDER RE STIPULATION FOR EXTENSION
                                          OF TIME FOR DEFENDANT TO FILE
13        v.                              RESPONSE TO PLAINTIFF'S OPENING BRIEF

14   COMMISSIONER OF SOCIAL              (ECF No. 19)
     SECURITY,
15
              Defendant.
16

17

18        On October 3, 2017, Defendant filed a stipulation to extend the time for her to file her

19   response to Plaintiff's opening brief.  (ECF No. 19.)

20        Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

21        1.    Defendant shall file a response to Plaintiff's opening brief on or before October

22              24, 2017;

23        2.    Plaintiff's reply, if any, shall be filed on or before November 8, 2017; and

24        3.    The parties are advised that due to the impact of social security cases on the

25              Court's docket and the Court's desire to have cases decided in an expedient

26              manner, requests for modification of the briefing scheduling will not routinely be

27              granted and will only be granted upon a showing of good cause.  Further, requests

28              to modify the briefing schedule that are made on the eve of a deadline will be

                                              1

looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.  If done after a deadline, the party seeking an extension must show additional good cause why the matter was filed late with the request for nunc pro tunc.

IT IS SO ORDERED.

Dated:   **October 4, 2017**

UNITED STATES MAGISTRATE JUDGE